# PETITION EXHIBIT (PX) 13

Letter from Lois Greisman, Associate Director, Division of Marketing Practices, to Jeffrey Backman

(February 28, 2019)



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Bureau of Consumer Protection
Division of Marketing Practices

February 28, 2019

**VIA PDF E-MAIL ATTACHMENT**
**(Jeffrey.Backman@gmlaw.com)**

Cruise Operator, Inc., Reservations & Fulfillment Services, Inc.,
BPCL Management, LLC, Nationwide Reservations, Inc.,
Daniel Lambert, James Verillo, Jeff Tellam, Royal Seas, Inc.,
Paul Heyden, and Melissa Hanson
c/o Jeffrey A. Backman, Esq.
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL  33301

      Re:    Civil Investigative Demands issued November 21, 2018 to Cruise Operator, Inc., Reservations & Fulfillment Services, Inc., BPCL Management, LLC, Nationwide Reservations, Inc., Daniel Lambert, James Verillo, Jeff Tellam, Royal Seas, Inc., Paul Heyden, and Melissa Hansonin FTC Matter No. 1623005 regarding a Nonpublic Investigation of Telemarketers, Sellers, Suppliers, or Others

Mr. Backman:

This letter modifies the above-referenced Civil Investigative Demands ("CIDs") as follows:

- The return deadline for answers to interrogatories and the requests for production of documents is extended to Monday, January 7, 2019

- Additional modifications are:

### SPECIFICATIONS

**"Subject Persons":** "Subject Persons" is defined as the individuals and entities set forth in Request for Production No. 2(a) through (oo) involved in the sale, marketing, advertising, promotion, and/or fulfillment of cruise vacations or travel vacation packages aboard the M/V Grand Celebration, including efforts to identify individuals potentially interested in purchasing such a cruise vacation.

A.  **Requests for Production of Documents**

1.  **All Communications between You and any of the Subject Persons related to:**

    b.  **Consumer complaints, inquiries from any Better Business Bureau, cease and desist letters, actual, or threatened litigation;**

    This interrogatory is modified to read:

    > Consumer complaints, inquiries from any Better Business Bureau, cease and desist letters, actual, or threatened litigation *related to Telemarketing*;

2.  **Other than communications produced in response to No. 1, all other communications related to (i) Telemarketing, (ii) the sale, marketing, advertising, promotion, or fulfillment of cruises or travel vacations, or (iii) any government law enforcement investigation between the Company and the following individuals and entities, regardless of whether they meet the definition of "Subject Persons":**

    This interrogatory is modified to read:

    > Other than communications produced in response to No. 1, all other communications related to (i) Telemarketing, (ii) the sale, marketing, advertising, promotion, or fulfillment of cruises or travel vacations *in connection with Telemarketing*, or (iii) any government law enforcement investigation *related to Telemarketing* between the Company and *the individuals and entities set forth in Request for Production No. 2(a) through (oo)*.

3.  **All of Your contracts, terms of service, written agreements with, and all invoices to or from:**

    d.  **Any company or individual that has registered, hosted, or designed a website for You or any of the Subject Persons; and**

    This interrogatory is modified to read:

    > All of Your contracts, terms of service, written agreements with, and all invoices to or from:
    >
    > > Any company or individual that has registered, hosted, or designed a website for You or any of the Subject Persons *in connection with Telemarketing*; and

B.   **Requests for Answers to Interrogatories**

8.   For each Subject Person, provide:

f.   **The means and source of payment used to pay the Company for services rendered to that Subject Person (such as the name of the payor, the name of the financial institution, and bank account and routing number information or credit card number);**

You shall respond for the Subject Persons listed in Request for Production No. 2(k) through (x) on or before the return deadline. Commission staff reserves the right to request, if necessary, that You respond for all remaining Subject Persons on or before the date of the investigational hearing.

g.   **The amount of money the Company paid to and/or received from that Subject Person in each calendar year since 2015**

You shall respond for the Subject Persons listed in Request for Production No. 2(k) through (x) on or before the return deadline. Commission staff reserves the right to request, if necessary, that You respond for all remaining Subject Persons on or before the date of the investigational hearing.

13.   **Identify the name of all banks and financial institutions with which the Company has maintained any depository or credit accounts during the Applicable time Period, and provide all related bank account and credit card numbers**

This interrogatory is modified to read:

Identify the name of all banks and financial institutions with which the Company has maintained any depository or credit accounts *through which it has transacted business with any of the Subject Persons listed in Request for Production No. 2(k) through (x)* during the Applicable Time Period, and provide all related bank account and credit card numbers.

14.   **Identify the name of all payment processors with which the Company has maintained any account during the Applicable Time Period.**

This interrogatory is modified to read:

Identify the name of all payment processors with which the Company has maintained any account *through which it has transacted business with any of the Subject Persons listed in Request for Production No. 2(k) through (x)* during the Applicable Time Period.

This constitutes the full extent of any modifications to the CID to which we have agreed pursuant to 16 C.F.R. §§ 2.7 (l) and 2.10(a)(5), and supersedes any previous modifications.

If you have any questions concerning the CID or this letter, please contact Christopher E. Brown (cbrown3@ftc.gov or (202) 326-2825) or Jody Goodman (jgoodman1@ftc.gov or (202) 326-3096). Thank you for your ongoing cooperation in this matter.

Sincerely,

Lois C. Greisman
Associate Director

cc:  Christopher E. Brown
     Jody Goodman