UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-61867-RKA

FEDERAL TRADE COMMISSION,

        Petitioner,

v.

DANIEL LAMBERT, et al.,

        Respondents.

## NOTICE

Pursuant to the Court's Order dated March 5, 2020, Petitioner, the Federal Trade Commission, respectfully notifies the Court that this matter may remain closed.

                                        Respectfully submitted,

| | |
|---|---|
| ALDEN F. ABBOTT<br>General Counsel | *s/ Burke W. Kappler*<br>BURKE W. KAPPLER<br>Attorney |
| JAMES REILLY DOLAN<br>Deputy General Counsel<br>for Litigation | Special Bar No. A5502547<br><br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Ave., N.W. |
| MICHELE ARINGTON<br>Assistant General Counsel<br>for Litigation | Washington, DC 20580<br>Tel.: (202) 326-2043<br>Fax: (202) 326-2477<br>Email: bkappler@ftc.gov |

Dated: March 23, 2020.

## Certificate of Service

I hereby certify that on March 23, 2020, I served the foregoing Notice by filing it with the CM/ECF system for the Southern District of Florida, which provides a notification to all counsel appearing in this matter.

*s/ Burke W. Kappler*
BURKE W. KAPPLER